Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 10–30024–DHS
Chapter: 13
Judge: Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kimberlee Valenti                                          Joseph Valenti
    118 West Union Turnpike                              118 West Union Turnpike
    Wharton, NJ 07885                                         Wharton, NJ 07885

Social Security No.:
    xxx–xx–9472                                                    xxx–xx–5327

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 29, 2010.

On 1/28/14 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Donald H. Steckroth on:

Date:            March 12, 2014
Time:            09:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 29, 2014
JJW: clb

                                                                                    James J. Waldron
                                                                                    Clerk